# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1748

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Nebraska. |
| Eloy Moreno-Torres, also known | * | |
| as Martin, also known as Mario | * | [UNPUBLISHED] |
| Perez-Torres, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted:  July 31, 2002

Filed:  August 6, 2002

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Eloy Moreno-Torres pleaded guilty to conspiring to distribute and possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 846 (2000), as well as a forfeiture count. The district court[*] gave Moreno-Torres a two-level obstruction-of-justice increase for attempting to bribe a witness and

_____

[*]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

sentenced him to 97 months imprisonment and 5 years supervised release. On appeal, Moreno-Torres contends the district court improperly applied the obstruction-of-justice increase.

We conclude the district court did not commit error. <u>See</u> <u>United States v. Simms</u>, 285 F.3d 1098, 1100 (8th Cir. 2002) (standard of review). The undisputed testimony at sentencing–that Moreno-Torres offered a witness money in exchange for perjured testimony–was sufficient to warrant application of the increase. <u>See</u> U.S.S.G. § 3C1.1 comment. (n.4) (2001); <u>United States v. Pompey</u>, 121 F.3d 381, 382 (8th Cir. 1997), <u>cert. denied</u>, 522 U.S. 1133 (1998).

We thus affirm the sentence imposed by the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.